# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEAN T. JOHNSON,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>L.S. MCQUEN,<br><br>　　　　　　　Respondent. | Case No. LACV 12-7668-PSG (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 12/28/17

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE